## 18082. WILSON *v.* THE STATE.

There was no error in charging the jury on the law of voluntary manslaughter; and the evidence authorized the conviction of that crime.

DECIDED JUNE 14, 1927.

Manslaughter; from Camden superior court—Judge Reed. March 19, 1927.

Homicide, 30 C. J. p. 317, n. 69; p. 406, n. 17.

*S. C. Townsend,* for plaintiff in error.

*W. B. Gibbs, solicitor-general, James R. Thomas & Son,* contra.

LUKE, J.   Alonzo Wilson was indicted for the offense of murder, and was convicted of manslaughter.   He excepted upon the usual general grounds, and "because the court erred in charging the law of voluntary manslaughter, and in charging the law of manslaughter at all, there being no evidence upon which to base such charge."   The evidence fully authorized the defendant's conviction of manslaughter; and for no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*